# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 14, 2021

**MEMO ENDORSED**

6/15/21

Case Adj for A status Conference on Sept. 14, 2021 at 4 PM — time excluded through Sept. 14, in the interest of justice. The Court will request a trial date after October 25, 2021, per the Court's COVID-19 trial protocols.

By ECF

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. William Murrell**
    **20 Cr. 353 (CM)**

Dear Judge McMahon:

The parties write to jointly request an adjournment of the conference date, currently scheduled for June 15, 2021. The parties are further requesting a trial date and are both available after October 25, 2021.

The defense does not object to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

Tamara L. Giwa
Counsel for William Murrell
Federal Defenders of New York
(917) 890-9729

Cc: AUSA Micah Fergenson (via ECF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/21
```