# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 1, 2021

**MEMO ENDORSED**
9/1/21

By ECF

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. William Murrell**
    **20 Cr. 353 (CM)**

Dear Judge McMahon:

I write to inform the Court that the attorney-client relationship between Mr. Murrell and myself has broken down, and I believe that a conflict of interest now exists that prevents me and the Federal Defenders from representing Mr. Murrell. Mr. Murrell is entitled under the Sixth Amendment to effective and unconflicted representation. Accordingly, I hereby request that the Court appoint substitute CJA counsel for Mr. Murrell and relieve the Federal Defenders.

> The Court will resolve Mr. Murrell's representation issue at the next conference, Sept 14, 2021, at 3:30pm. The CJA duty attorney for that day will be present and prepared to assume the representation of Mr. Murrell, if the Court finds that appropriate.

Respectfully submitted,

/s/
Tamara L. Giwa
Counsel for William Murrell
Federal Defenders of New York
(917) 890-9729

Cc: AUSA Micah Fergenson (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/21